**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> Elden C Petersen Jr <br><br> Debtor(s) | Case No. 14-18376 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/15/2014.

2) The plan was confirmed on 08/22/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/16/2015.

5) The case was dismissed on 07/31/2015.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $34,350.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,600.00 |
| Less amount refunded to debtor | $176.10 |
| **NET RECEIPTS:** | **$6,423.90** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $257.40 |
| Other | $35.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,292.40** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABRI CREDIT UNION | Unsecured | 3,520.00 | 9,780.38 | 9,780.38 | 122.56 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 8,899.00 | 9,225.67 | 9,225.67 | 115.61 | 0.00 |
| EPMG | Unsecured | 331.00 | 914.00 | 914.00 | 0.00 | 0.00 |
| GREEN TREE | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| GREEN TREE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONWIDE LOANS LLC | Unsecured | 558.00 | 5,462.10 | 5,462.10 | 68.45 | 0.00 |
| NEW CENTURY FEDERAL CU | Unsecured | 233.00 | 2,914.43 | 2,914.43 | 36.52 | 0.00 |
| NEW CENTURY FEDERAL CU | Unsecured | 9,795.00 | 2,839.42 | 2,839.42 | 35.58 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 383.00 | 383.49 | 383.49 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 35.49 | 35.49 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 68.72 | 68.72 | 0.00 | 0.00 |
| PYOD | Unsecured | 3,346.00 | 3,137.78 | 3,137.78 | 39.32 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 1,079.00 | 1,484.74 | 1,484.74 | 18.61 | 0.00 |
| SBC | Unsecured | 772.32 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE COMMUNITY HEALTH Cl | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 1,271.20 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE PHYSICIAN PRACTICES | Unsecured | 287.82 | NA | NA | 0.00 | 0.00 |
| HEALTH SERVICE SYSTEMS | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 2,322.42 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 2,113.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| OAKSIDE CLINIC | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION | Unsecured | 1,070.67 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY INC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOANS | Unsecured | 554.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| PRAIRIE EMERGENCY SERVICES | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| SHOREWOOD ORTHOPEDIC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| TESTA IGA | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| WHITMORE HARDWARD ACE | Unsecured | 494.37 | NA | NA | 0.00 | 0.00 |
| WILMINGTON FIRE PROTECTION | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| XTRACASH | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Z-TEL | Unsecured | 568.15 | NA | NA | 0.00 | 0.00 |
| CASHLAND | Unsecured | 602.50 | NA | NA | 0.00 | 0.00 |
| GRUNDY COUNTY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| KANKAKEE COUNTY | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| NEW LENOX | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOE MED CTR | Unsecured | 781.11 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 139.62 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PLAINFIELD | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SHOREWOOD | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS HOME CARE | Unsecured | 230.40 | NA | NA | 0.00 | 0.00 |
| ADVANCE TIL PAYDAY | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 5,353.14 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 705.07 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 672.19 | NA | NA | 0.00 | 0.00 |
| CASHNET | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| BANK OF DWIGHT | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL/DETEX AG | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS INC | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS INC | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS INC | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 773.55 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 1,630.53 | NA | NA | 0.00 | 0.00 |
| HERITAGE CORRIDOR CREDIT UNION | Unsecured | 5,703.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | 1,138.58 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | 1,311.37 | NA | NA | 0.00 | 0.00 |
| MCI RESIDENTIAL SERVICE | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST SAFETY | Unsecured | 321.30 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 76.15 | NA | NA | 0.00 | 0.00 |
| DR LEE | Unsecured | 457.92 | NA | NA | 0.00 | 0.00 |
| DR RICHARD CRAIG | Unsecured | 329.51 | NA | NA | 0.00 | 0.00 |
| DR ROY JONES | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| DR THOMAS MOORE | Unsecured | 357.30 | NA | NA | 0.00 | 0.00 |
| DWIGHT PINE BLUFF LAKEWOOD | Unsecured | 247.47 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT-A-CAR | Unsecured | 787.43 | NA | NA | 0.00 | 0.00 |
| EPMG | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT CREDIT | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 609.00 | 518.38 | 518.38 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 55,448.88 | 55,448.88 | 55,448.88 | 694.85 | 0.00 |
| WILL COUNTY CLERK | Secured | 217.12 | 217.12 | 217.12 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,000.00 | $1,000.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $217.12 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,217.12** | **$1,000.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$92,213.48** | **$1,131.50** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,292.40 |
| Disbursements to Creditors | $2,131.50 |
| **TOTAL DISBURSEMENTS:** | **$6,423.90** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/02/2015     By: /s/ Glenn Stearns
                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**